

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00417-CV

**IN THE INTEREST OF M.A.B., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellee's brief was due to be filed in this appeal on or before January 3, 2016. Neither the brief nor a motion for extension of time has been filed.

For this reason, appellee is ORDERED to file his brief on or before January 13, 2016. If the brief is not filed by this date, the case may be submitted without appellee's brief.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court